Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorneys for Plaintiff
Ryoo Dental, Inc. d/b/a/ Ryoo Dental

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ TRANSPORTATION, INC. d/b/a ATI MEDICAL WASTE and VAHRAM POLADYAN d/b/a ATI MEDICAL WASTE,<br><br>Defendants. | **CASE NO. 8:18-cv-00548-DOC-DFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Federal Rules of Civil Procedure.

Dated: April 26, 2018         EDWARDS POTTINGER LLC

By */s/ Seth M. Lehrman*
   SETH M. LEHRMAN
   Attorneys for Plaintiff
   RYOO DENTAL, INC. d/b/a RYOO DENTAL